IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FIRST CITIZENS NATIONAL BANK,
    Plaintiff / Counter-Defendant,

v.

TENNESSEE BANK AND TRUST,
a division of FARMERS BANK
AND TRUST COMPANY,
    Defendant / Counter-Plaintiff.

No. 3:10-cv-00893
Judge Kevin H. Sharp
Magistrate John S. Bryant

~~PROPOSED~~ ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF

This cause came to be heard upon the Plaintiff's Motion for Leave to file Reply Brief. The Court has considered the papers and arguments of the parties and their counsel, and it appears that Plaintiff's Motion is well taken and should be GRANTED. Therefore,

IT IS ORDERED that:

1.    The motion is GRANTED;

2.    The Plaintiff is given leave to file the Reply Brief that was attached as an Exhibit to the Motion for Leave of Court to file Reply Brief.

*s/ John S. Bryant*
U.S. Magistrate Judge